AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| Indiana State Council of Carpenters Pension Fund et al. <br><br> *Plaintiff(s)* <br> v. <br> Millwright Brothers Construction, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:25-cv-2472-JRS-MJD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Millwright Brothers Construction, LLC
c/o Jake Davis, Registered Agent
8664 Stevensville-Baroda Road
Baroda, MI 49101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Adam Y. Decker
Johnson & Krol, LLC
11611 N. Meridian Street, Ste. 310
Carmel, IN 46032

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*, Kristine L. Seifert

Date: December 4, 2025     BY: _____
*Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-2472-JRS-MJD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## CERTIFICATE OF SERVICE

| | |
|---|---|
| IN THE UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF INDIANA | Case #: 1:25-cv-2472-JRS-MJD |

**Indiana State Council of Carpenters Pension Fund, et al**  Plaintiff

**vs.**

**Millwright Brothers Construction, LLC**  Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint; Exhibit(s)**

| | |
|---|---|
| PARTY SERVED: | **MILLWRIGHT BROTHERS CONSTRUCTION, LLC** |
| PERSON SERVED: | **JAKE DAVIS, REGISTERED AGENT** |
| METHOD OF SERVICE: | **Corporate** - By delivering a true copy with the person identified above, who is authorized to accept or apparently in charge thereof. I informed said person of the contents therein. |
| DATE & TIME OF DELIVERY: | **12/5/2025 at 5:41 PM** |
| ADDRESS, CITY AND STATE: | **8664 STEVENSVILLE-BARODA RD, BARODA, MI 49101** |

Race: **White**   Sex: **Male**   Age: **40+**
Height: **5'9"**   Weight: **130**   Hair: **Brown**   Glasses: **No**

Judicial Attorney Services, Inc.
PO Box 583
Geneva, IL 60134
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 12/8/2025.

_Nickolas Magee_

CLIENT: **Johnson & Krol, LLC**   Job #: **655273**
FILE #: